# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| James Strausbaugh,<br><br>　　　　　　Plaintiff,<br>v.<br><br>USAA Savings Bank,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 3:19-cv-00030-TCB<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 26, 2020

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　Attorney Bar No.: 598666
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　LEMBERG LAW L.L.C.
　　　　　　　　　　　　　　　　43 Danbury Road, Third Floor
　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　Telephone: (203) 653-2250 ext. 5500

Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                         Sergei Lemberg