# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| James Strausbaugh, | : <br> : <br> : CIVIL ACTION FILE.: <br> : 3:19-cv-00030-TCB |
| Plaintiff, | : |
| v. | : |
| USAA Savings Bank, | : |
| Defendant. | : |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff James Strausbaugh and Defendant, USAA Savings Bank, by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff James Strausbaugh dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 4th day of May, 2020.

| **LEMBERG LAW, LLC** | **BLUM & CAMPBELL, LLC** |
|---|---|
| /s/ Sergei Lemberg | /s/ Jody Charles Campbell |
| Sergei Lemberg, Esq. | Jody Charles Campbell, Esq. |
| Attorney Bar No.: 598666 | Georgia Bar No. 308466 |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *James Strausbaugh* | *USAA Savings Bank* |
| | |
| 43 Danbury Road, 3rd Floor | 3000 Langford Road, Bldg. 100 |
| Wilton, CT 06897 | Peachtree Corners, Georgia 30071 |
| Telephone: (203) 653-2250 | (470) 365-2890 |
| Facsimile: (203) 653-3424 | (470) 365-2889 |
| Email: slemberg@lemberglaw.com | jody@blumcampbell.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Jody Charles Campbell, Esq.
>BLUM & CAMPBELL, LLC
>jody@blumcampbell.com
>
>David M. Krueger, Esq.
>Benesch, Friedlander, Coplan & Aronoff LLP
>dkrueger@beneschlaw.com
>*Attorneys for Defendant USAA Savings Bank*

>>s/Sergei Lemberg
>>Georgia Bar No. 598666
>>Attorney for Plaintiff

LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424